UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x    Chapter 11

In re:

MOSDOS CHOFETZ CHAIM INC.,                          Case No. 12-23616(rdd)
                                                    Post-Confirmation

————————————————————————— X

MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,    Adv. Pro. No. 20-08949-rdd
SIMA WEINTRAUB, derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC., DANIEL ROSENBLUM, derivatively
on behalf of MOSDOS CHOFETZ CHAIM INC., JOSEPH
GRUNWALD, derivatively on behalf of MOSDOS CHOFETZ
CHAIM INC., and YISROEL HOCHMAN, derivatively on
behalf of MOSDOS CHOFETZ CHAIM INC.,

                                              Plaintiffs,

        -against-


MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,
TBG RADIN LLC, SHEM OLAM LLC, CONGREGATION
RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE
WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS, GITTEL
ZAKS LEYOSH, SAMUEL MARKOWITZ, and STERLING
NATIONAL BANK,

                                              Defendants.


————————————————————————— X


## DECLARATION OF JOSEPH GRUNWALD


        I, Joseph Grunwald, affirm the following under the penalty of perjury pursuant to

28 U.S.C. §1746:


        1.        I am fully familiar with the facts set forth herein.


1

2.      I live at 8 Gladwyne Court, Spring Valley, New York 10977.

3.      For well over 22 years, I have prayed at 50 Kiryas Radin Drive ever since there was a Synagogue there; it is within a five-minute walk from home.

4.      Before there was a Synagogue, both Rabbi Mayer Zaks and Rabbi Aryeh Zaks came to my home and requested my assistance in expanding the community, building the institution, and furthering the teachings of the Chofetz Chaim. I graciously accepted their invitation and eagerly joined in this ambitious endeavor. Ever since then, Rabbi Mayer Zaks was the "go to" person at the Synagogue, all spiritual and secular decision were decided by him.

5.      On September 1, 2018, I was in the building at 50 Kiryas Radin Drive and remained there until the conclusion of shabbat which was at about 9:00pm. I then returned well before the commencement the slichos prayer which was scheduled at about 12:45am. At no time during that period was Rabbi Aryeh Zaks or any of his children present. I saw no signs about any membership meeting that night or any night. I have been on a steady and consistent basis at the Synagogue every day, three times a day, starting 5:00 a.m. I make it my business to be aware of all of the events at the Synagogue, and I have no knowledge of any meeting. Nothing happens at the Synagogue without my knowledge. I assist and help approve the notices of events that are sent to other congregates.

6.      I have learned that Rabbi Aryeh Zaks is claiming that the Synagogue was transferred to an entity that Rabbi Mayer Zaks is not involved in. I am shocked. I have been praying at the Kiryas Radin property for more than twenty years. I invested years

of hard work, and put my heart and soul, into to this Synagogue.  For anyone to say that

this place was sold without the knowledge of Rabbi Mayer Zaks is inconceivable.

September 1, 2020

Spring Valley, New York

_____

JOSEPH GRUNWALD

Affirmed to before me this __|__ of September 2020

_____
Notary

ISAAC GRUENEBAUM
Notary Public, State of New York
Reg. No. 01GR6396523
Qualified in Rockland County
Commission Expires September 3, 2023