Hearing Date and Time:   January 7, 2020 at 10:00 a.m.
Objection Deadline:   December 31, 2020 at 4:00 p.m.

Melanie L. Cyganowski, Esq.
Stanley L. Lane, Jr., Esq.
Michael R. Maizel, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Counsel to Rabbi Mayer Zaks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------- x

In re:

MOSDOS CHOFETZ CHAIM, INC.

Post-Confirmation Debtor

Chapter 11

Case No. 12-23616-rdd

----------------------------------------------------------------------------- x

MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
SIMA WEINTRAUB, derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC., DANIEL ROSENBLUM,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
JOSEPH GRUNWALD, derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC. and YISROEL HOCHMAN,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,

Adv. Pro. No. 20-08949-rdd

Plaintiffs,

-against-

MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,
TBG RADIN LLC, SHEM OLAM LLC, CONGREGATION
RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE
WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS,
GITTEL ZAKS LAYOSH, SAMUEL MARKOWITZ
and STERLING NATIONAL BANK,

Defendants.

-----------------------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF OTTERBOURG P.C. TO WITHDRAW AS**
**COUNSEL TO RABBI MAYER ZAKS PURSUANT TO LOCAL RULE 2090-1(E)**

1

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the *Motion of Otterbourg P.C. to Withdraw as Counsel to Rabbi Mayer Zaks Pursuant to Local Rule 2090-1(e)* (the "Motion") will be held on **January 7, 2020 at 10:00 a.m.** (prevailing Eastern Time) (the "Hearing Date") before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, New York, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020, unless otherwise directed by the Bankruptcy Court, the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances and make arrangements with Court Solutions LLC.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (i) be in writing, (ii) state the name and address of the objecting party and the nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection, (iv) be filed with the Bankruptcy Court, together with proof of service, and served upon (a) Counsel to Rabbi Mayer Zaks, Otterbourg P.C., 230 Park Avenue, New York, New York 10169, Attn: Melanie L. Cyganowski, Esq. and Stanley L. Lane, Jr. Esq.; and (b) all parties requesting notice pursuant to Bankruptcy Rule 2002, and in each case **so to be actually received no later than 4:00 p.m. (prevailing Eastern Time) on December 31, 2020. Unless an objection is timely filed and served as provided herein it may not be considered at the Hearing. In the absence of any timely filed or served objection, the Bankruptcy Court may grant the relief requested in the Motion without further hearing or notice.**

6396222.1

**PLEASE TAKE FURTHER NOTICE** that the Motion has been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users at www.nysb.uscourts.gov. A copy of the Motion can also be obtained by email request to the undersigned counsel (email: mcyganowski@otterbourg.com).

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion may be adjourned without further notice except announcement in open court on the Hearing Date, or at the adjourned hearing.

Dated: December 17, 2020
New York, New York

OTTERBOURG P.C.

By: */s/ Melanie L. Cyganowski*
Melanie L. Cyganowski, Esq.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Counsel to Rabbi Mayer Zaks*

6396222.1

3