# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

In re:

MOSDOS CHOFETZ CHAIM, INC.

               Post-Confirmation Debtor

---------------------------------------------------------------------- x

MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
SIMA WEINTRAUB, derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC., DANIEL ROSENBLUM,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
JOSEPH GRUNWALD, derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC. and YISROEL HOCHMAN,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,

               Plaintiffs,

               -against-

MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,
TBG RADIN LLC, SHEM OLAM LLC, CONGREGATION
RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE
WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS,
GITTEL ZAKS LAYOSH, SAMUEL MARKOWITZ
and STERLING NATIONAL BANK,

               Defendants.

----------------------------------------------------------------------x

Chapter 11

Case No. 12-23616-rdd

Adv. Pro. No. 20-08949-rdd

**ORDER AUTHORIZING OTTERBOURG P.C. TO WITHDRAW AS COUNSEL TO**
**RABBI MAYER ZAKS PURSUANT TO LOCAL RULE 2090-1(E)**

Upon the motion, dated December 17, 2020 (the "Motion") of Otterbourg P.C.

("Otterbourg") seeking leave to withdraw as counsel to Rabbi Mayer Zaks; and the Court having

jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. §§

157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012; and

consideration of the Motion and the Relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1408; and due and proper notice of the relief requested in the Motion having been provided; and

1

upon the Declaration of Melanie L. Cyganowski, filed contemporaneously with the Motion; and

upon the record of the hearing held on the Motion; and the Court having determined that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Otterbourg is granted leave to withdraw as counsel pursuant to Local Rule 2090-1

and shall no longer serve as counsel to Rabbi Mayer Zaks effective as of the date of the Motion.

3.      Otterbourg is authorized to take all actions necessary to effectuate the relief granted

pursuant to this Order.

4.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order

shall be effective and enforceable immediately upon its entry.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2021
          White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE