

**BRIAN K. CONDON***
**LENA E. PAXOS***
LORI GALGANO, Legal Secretary
HELENE CAREY, Paralegal
*ADMITTED IN NY AND NJ*
**OF COUNSEL:**
TERRENCE J. CORTELLI
JOSEPH S. SCARMATO
SENDER'S E-MAIL: Brian@CondonPaxos.com

55 OLD TURNPIKE ROAD, SUITE 502
NANUET, NEW YORK 10954
PHONE: 845.627.8500
FAX: 845.627.8507
www.CondonPaxos.com

January 14, 2021

VIA E-MAIL AND ECF TRANSMISSION

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    Mosdos v. Mosdos (12-23616 (RDD) (Adv. Pro. 20-08949 (RDD))

Dear Honorable Sir:

I have recently been retained by the congregation members of Mosdos Chofetz Chaim and am respectfully asking for permission to appear at the upcoming trial on their behalf. I am unsure if I need to make a motion to intervene or if the Court will accept Notice of Appearance.

I respectfully seek the Court's guidance as to the same.

                      Respectfully submitted,

                      CONDON PAXOS PLLC

                      By: _____
                          Brian K. Condon

cc:    ALL COUNSEL via ECF