**AVROM R. VANN, ESQUIRE**
AVROM R. VANN, P.C.
1211 Avenue of the Americas - 40th Floor
New York, New York 10036
Telephone: (212) 382-1700
Email: a2442@aol.com
Attorney for Plaintiff, Mosdos Chofetz Chaim Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| In Re: | Chapter 11 |
| MOSDOS CHOFETZ CHAIM INC. | Case No. 12-2361-rdd |
| | Post Confirmation |

_____X
**MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS,**
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
**SIMA WEINTRAUB,** derivatively on behalf of MOSDOS           Adv. Pro. No. 20-08949-rdd
**CHOFETZ CHAIM INC., DANIEL ROSENBLUM,**
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
**JOSEPH GRUNWALD,** derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC., and **YISROEL HOCHMAN,**
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,

**Plaintiffs,**

-against-

**MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM
INC., TBG RADIN LLC, SHEM OLAM LLC.,
CONGREGATION RADIN DEVELOPMENT INC.,
ARYEH ZAKS, BEATRICE WALDMAN ZAKS,
HENOCH ZAKS, MENDEL ZAKS, GITTEL ZAKS
LAYOSH, SAMUEL MARKOWITZ and STERLING
NATIONAL BANK,**

**Defendants.**
_____X

NOTICE OF MOTION OF PLAINTIFF, MOSDOS CHOFETZ
CHAIM INC., FOR RECONSIDERATION, REARGUMENT
AND/OR RELIEF FROM ORDER

SIRS;

PLEASE TAKE NOTICE, that upon the annexed Motion of Plaintiff, Mosdos Chofetz

Chaim Inc., for Reconsideration, Reargument And/or Relief from Order, the undersigned will

move this Court at a date and time to be set by the Court for an Order granting reconsideration,

reargument and/or relief from the prior Order of this Court dated January 27, 2021 [DE 102]

(hereinafter the "Order") and upon the granting of this motion entering an order modifying the Order in the manner as set forth in the section of the Motion entitled "Relief Requested". Furthermore, in the event that this Court, in its discretion, does not grant all of the relief sought in this Motion, then this Motion seeks a stay of all further proceedings before this Court pending an appeal of this Court's Order and ruling on this Motion to the United States District Court for the SouthernDistrict of New York.

Dated: February 8, 2021

          AVROM R. VANN, P.C.
          Attorneys for Plaintiff,
              MOSDOS CHOFETZ CHAIM INC.

          S/ Avrom R. Vann

          By:_____
             Avrom R. Vann, Esquire

          Office and Post Office Address
          1211 Avenue of the Americas -40th Floor
          New York, New York 10036-8718
          (212) 382-1700

Dated: New York, New York
       February 8, 2021

          AVROM R. VANN, P.C.
          Attorneys for Plaintiff,
              MOSDOS CHOFETZ CHAIM INC.

          S/ Avrom R. Vann

          By:_____
             Avrom R. Vann, Esquire

          Office and Post Office Address
          1211 Avenue of the Americas - 40th Floor
          New York, New York 10036
          (212) 382-1700

To:    All counsel of Record Via Electronic Filing
        Doniel Rosenblum dr613@aol.com
        Joseph Grunwald josephgr_2000@yahoo.com
        Yisroel Hochman Faigych@gmail.com
        Rabbi Mayer Zaks and Sima Zaks Weintraub Feag123@yahoo.com