# AVROM R. VANN, P.C.
ATTORNEY-AT-LAW
1211 AVENUE OF THE AMERICAS-40TH FLOOR
NEW YORK, NEW YORK  10036-8718

(212) 382-1700

AVROM R. VANN, P.C.*

FACSIMILE NO. (212) 661-6976

*MEMBER NEW YORK
AND NEW JERSEY BARS

February 8, 2021

Hon. Robert D. Drain
Judge of the United States Bankruptcy Court
Southern District of New York
300 Quarropos Street - Suite 147
While Plaints, New York 10601

    Re:   Mosdos Chofetz Chaim, Inc.
            Case Number: Chapter 11 12-2361-rdd
            Adversary Proceeding: 20-08949-rdd

Dear Judge Drain:

    I refer to the Motion for Reconsideration which I am filing on this date on behalf of Plaintiff Most those Carpets Client Inc.

    Last week in accordance with your Rules of Practice, I called Dorothy LI to request a return date for the Motion. She advised that with respect to Motions for Reconsideration your practice is that the motion is filed and that you thereafter determine what proceedings will follow including a return date for the motion, should you determine one is necessary.

                                  Respectfully submitted:

                                  AVROM R. VANN, P.C.

                                  S/ Avrom R. Vann

                    By:_____
                            Avrom R. Vann, Esquire

ARV: dat
cc: All Counsel of Record

**AVROM R. VANN, P.C.**

Hon. Robert D. Drain
January 21, 2021

Page 2

Via Electronic Filing