Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): RABBI MAYER ZAKS

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☑ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: ORDER GRANTING PARTIAL IN LIMINE RELIEF

2. State the date on which the judgment, order, or decree was entered: JAN 27 2021

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: MOSDOS CHOFETZ CHAIM INC   Attorney: MICHAEL LEVINE
   ML@LEVLAW.ORG

2. Party: RABBI ARYEH ZAKS   Attorney: KEVIN NASH
   KNASH@GWFGLAW.COM

Official Form 417A    Notice of Appeal and Statement of Election    page 1

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*[Signature: Rabbi Mayer Zaks]*    Date: FEB 9 2021

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

RABBI MAYER ZAKS
14 CLOVERDALE LN
MONSEY, NY 10977

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# LIST OF ALL PARTIES

## ADV. PRO. NO. 20-08949-RDD

**PLAINTIFFS:**

1. MOSDOS CHOFETZ CHAIM, INC
   ATTORNEY: AVROM R. VANN    A2442@aol.com
2. RABBI MAYER ZAKS
3. SIMA WEINTRAUB
4. DANIEL ROSENBLUM
5. JOSEPH GRUNWALD
6. YISROEL HOCHMAN

**DEFENDANTS**

1. MOSDOS CHOFETZ CHAIM, INC
   ATTORNEY: MICHAEL LEVINE    ML@LEVLAW.ORG
2. CHOFETZ CHAIM INC
3. TBG RADIN LLC
4. SHEM OLAM LLC
   ATTORNEY: DANIEL N. ZINMAN    DZINMAN@KANDFLLP.COM
5. CONG. RADIN DEVELOPEMENT, INC.
   ATTORNEY: BRENDON M. SCOTT    BSCOTT@KLESTADT.COM
6. ARYEH ZAKS
   ATTORNEY: KNASH@GWFGLAW.COM (KEVIN NASH)
7. BEATRICE WALDMAN
8. HENOCH ZAKS
   ATTORNEY: AARON LAUCHHEIMER    ALAUCHHEIMER@MORRISONCOHEN.COM

9. MENDEL ZAKS
10. GITTEL ZAKS LAYOSH
11. SAMUEL MARKOWITZ
12. STERLING NATIONAL BANK
    ATTORNEY: MILAD BODDOOHI  MBODDOOHI@SSRGA.COM