## Goldberg Weprin Finkel Goldstein LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
―――
J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE McLEOD*
ARTHUR A. HIRSCHLER
GERALD BUKARY
ELI RAIDER
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
PREET S. BAGGA
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

Kevin J. Nash, Esq.
Direct (212) 301-6944
Facsimile (212) 221-6532
KNash@GWFGLaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518
―――
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)
―――
EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)
―――
* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
º ALSO ADMITTED IN CALIFORNIA
✩ MEMBER OF FLORIDA & DC & NY

February 23, 2021

*<u>Via ECF and Email</u>*
Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

Re:   Mosdos Chofetz Chaim, Inc.
      Case No. 12-23616-RDD
      Adversary Proceeding: 20-08949-RDD

Dear Judge Drain:

I am writing to advise the Court that Mr. Levine intends to file a response to the request [ECF No. 113] made by Mr. Vann for an adjournment of the trial at his first opportunity. Unfortunately, Mr. Levine has experienced some side-effects from the Covid vaccine. Hopefully, he will be back in shape sometime tomorrow, and a letter response will be forthcoming shortly thereafter.

                                      Respectfully yours,

                                      /s/ Kevin J. Nash

cc:   Avrom R. Vann, Esq.
      Michael Levine, Esq.