# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

**15 Barclay Road**
**Scarsdale, New York  10583**
**e-mail: ml@LevLaw.org**
**Fax  (914) 725-4778**
**Telephone  (914) 600-4288**

December 7, 2021

**Via ECF and email**

Hon. Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

       *Re: Mosdos Chofetz Chaim Inc., et. al. v. Mosdos Chofetz Chain Inc. (20-08949)*

Dear Judge Drain:

As the Court is aware, the undersigned is counsel to Defendants Mosdos Chofetz Chaim Inc. and Chofetz Chaim Inc. in the above-referenced adversary proceeding.  As the Court is also aware, Rabbi Mayer Zaks, *et. al.*, appealed to the District Court from this Court's separate orders of April 2, 2021 which, respectively, (i) dismissed the adversary proceeding with prejudice, and (ii) denied Plaintiffs' motion for reargument, reconsideration or relief from the Court's prior January 27, 2021 order partially granting *in limine* relief to the Defendants.  This is to advise the Court that, this afternoon, the District Court affirmed in full both of this Court's Orders of April 2, 2021.  A copy of the District Court's Memorandum Opinion and Order of affirmance is enclosed for the Court's edification.

Thank you for your attention.

                          Respectfully,

                        s/ *Michael Levine*

                        MICHAEL LEVINE

Enc.
cc.    All counsel (via email)