**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Mosdos Chofetz Chaim, Inc. et al v. Mosdos Chofetz Chaim Inc. et al

CASE NO.: 20−08949−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:

CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court
Southern District of New York

Mosdos Chofetz Chaim, Inc.,
    Plaintiff

Adv. Proc. No. 20-08949-shl

Mosdos Chofetz Chaim Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-7     User: admin     Page 1 of 3
Date Rcvd: Jul 01, 2022     Form ID: 144     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 7683563 | + | C/o Otterbourg P.C., 230 Park Ave., New York, NY 10169-2898 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 01 2022 19:48:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 01 2022 19:48:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Jul 01 2022 19:49:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 01 2022 19:49:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Aryeh Zaks |
| crd | | Aryeh Zaks |
| dft | | Beatrice Waldman Zaks |
| crd | | Beatrice Waldman Zaks |
| crd | | Chofetz Chaim Inc. |
| dft | | Chofetz Chaim Inc. |

20-08949-shl    Doc 186    Filed 07/03/22    Entered 07/04/22 00:19:04    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 9 |

| | | |
|---|---|---|
| dft | | Congregation Radin Development Inc. |
| crd | | Congregation Radin Development Inc. |
| pla | | Daniel Rosenblum |
| dft | | Gitel Zaks Layosh |
| crd | | Gitel Zaks Layosh |
| dft | | Henoch Zaks |
| crd | | Henoch Zaks |
| pla | | Joseph Grunwald |
| pla | | Mayers Zaks |
| dft | | Mendel Zaks |
| crd | | Mendel Zaks |
| dft | | Mosdos Chofetz Chaim Inc. |
| pla | | Mosdos Chofetz Chaim, Inc. |
| cd | | Mosdos Chofetz Chaim, Inc. |
| crd | | Mosdos Chofetz Chaim, Inc. |
| dft | | Samuel Markowitz |
| crd | | Samuel Markowitz |
| dft | | Shem Olam Inc. |
| crd | | Shem Olam Inc. |
| pla | | Sima Weintraub |
| dft | | Sterling National Bank |
| crc | | Sterling National Bank |
| crd | | TBG Radin LLC |
| dft | | TBG Radin LLC |
| pla | | Yisroel Hochman |
| 7713834 | | Sterling National Bank |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 32 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Lauchheimer | |
| | on behalf of Defendant Henoch Zaks alauchheimer@morrisoncohen.com  courtnotices@morrisoncohen.com |
| Anne J. Penachio | |
| | on behalf of Unknown Ariel Dahan apenachio@pmlawllp.com penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com |
| Arnold Mitchell Greene | |
| | on behalf of Attorney Robinson Brog Leinwand Greene Genovese & Gluck P.C. amgreene@leechtishman.com rms@robinsonbrog.com;ls@robinsonbrog.com;cy@robinsonbrog.com;nfm@robinsonbrog.com |
| Avrom R. Vann | |
| | on behalf of Unknown Congregation Mosdos Chofetz Chaim a2442@aol.com |

| District/off: 0208-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 9 |

Avrom R. Vann
    on behalf of Plaintiff Mosdos Chofetz Chaim  Inc. a2442@aol.com

Brendan M. Scott
    on behalf of Defendant Congregation Radin Development Inc. bscott@klestadt.com

Brian K. Condon
    on behalf of Unknown Congregation Mosdos Chofetz Chaim Brian@CondonPaxos.com
    Lena@CondonPaxos.com;Notifications@CondonPaxos.com

Brian K. Condon
    on behalf of Unknown Congregants of Mosdos Chofetz Chaim Brian@CondonPaxos.com
    Lena@CondonPaxos.com;Notifications@CondonPaxos.com

Daniel N Zinman
    on behalf of Defendant Shem Olam Inc. dzinman@kandfllp.com  litigation@kandfllp.com;skossar@kandfllp.com

Ethan Allen Kobre
    on behalf of Defendant Sterling National Bank ekobre@ssrga.com

J. Ted Donovan
    on behalf of Defendant Mosdos Chofetz Chaim Inc. TDonovan@GWFGlaw.com

Joseph Thomas Moldovan
    on behalf of Defendant Henoch Zaks bankruptcy@morrisoncohen.com

Kevin J. Nash
    on behalf of Defendant Aryeh Zaks kjnash@gwfglaw.com  kjnash@gwfglaw.com

M. David Graubard
    on behalf of Plaintiff Mayers Zaks dgraubard@keragraubard.com  zaidiekgh@aol.com

Marc S. Oxman
    on behalf of Plaintiff Mayers Zaks moxman@oxmanlaw.com  lhalbohn@oxmanlaw.com

Marc S. Oxman
    on behalf of Plaintiff Mosdos Chofetz Chaim  Inc. moxman@oxmanlaw.com, lhalbohn@oxmanlaw.com

Michael Levine
    on behalf of Defendant Mosdos Chofetz Chaim Inc. ml@levlaw.org

Michael Levine
    on behalf of Defendant Chofetz Chaim Inc. ml@levlaw.org

Milad Boddoohi
    on behalf of Cross-Claimant Sterling National Bank mboddoohi@ssrga.com

Milad Boddoohi
    on behalf of Defendant Sterling National Bank mboddoohi@ssrga.com

Y. David Scharf
    on behalf of Defendant Henoch Zaks dscharf@morrisoncohen.com  courtnotices@morrisoncohen.com

TOTAL: 21